**DOCKETED**
**SEP 2 8 2009**

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ERIC SECUNDINO

(Name and Address of Defendant)

**FILED**
SEP 2 5 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**MAGISTRATE JUDGE NOLAN**

## CRIMINAL COMPLAINT

CASE NUMBER: 09 CR 789

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 24, 2009,__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder.

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
                                         Official Title
facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes  ___ No

Signature of Complainant
**Joseph Raschke**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

__September 25, 2009__                            at   __Chicago, Illinois__
Date                                                      City and State

__Nan R. Nolan, United States Magistrate Judge__        _Nan R. Nolan_
Name & Title of Judicial Officer                          Signature of Judicial Officer

STATE OF ILLINOIS     )
                      )  ss
COUNTY OF COOK        )

### A F F I D A V I T

I, JOSEPH RASCHKE, being duly sworn, depose and say:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed for over eleven years. I am currently assigned to the FBI Violent Crimes Task Force and am familiar with fugitive investigations. The information contained in this affidavit was provided to me by Chicago Police Department Detective John Folino, unless otherwise indicated.

2. On January 1, 2008, MARTHA ORTEGA, JOSE SOBERAINIS and JOSE BRAVO were shot to death in Chicago, Illinois during a narcotics transaction. PEDRO CRISTOBAL was also shot, but survived his injuries. Subsequent investigation by the Chicago Police Department developed ERIC SECUNDINO as one of the two primary suspects involved in the shooting.

3. On January 7, 2008, after SECUNDINO was charged with first degree murder, an Illinois felony, the Circuit Court of Cook County, Illinois, issued an arrest warrant for his arrest. A copy of the arrest warrant is attached to this affidavit.

4. Attempts to locate SECUNDINO in the Chicago area by the FBI and the Chicago Police Department (CPD) have been unsuccessful.

5. On September 24, 2009, the father of SECUNDINO's girlfriend contacted the CPD and advised his daughter was planning to travel to Arizona on September 27, 2009, to see

SECUNDINO. He reported she is traveling on a Southwest Airlines flight and she told him she is leaving Chicago to be with SECUNDINO, the father of her child.

6. Based on the information contained in this affidavit, I believe ERIC SECUNDINO fled the State of Illinois to avoid prosecution for first degree murder, an Illinois felony.

7. The Cook County State's Attorney will extradite SECUNDINO when he is apprehended.

JOSEPH RASCHKE
Special Agent
Federal Bureau of Investigation

Subscribed to and Sworn before
me this 25th day of September, 2009

Nan R. Nolan
United States Magistrate Judge

W/CC

(Rev. 12/19/0 J) CCCR 0656

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS

Case No. 08I-1030S-2-01

v.

Eric _____ Secundino
(First) (M.I.) (Last)

☐ Violation of-
☐ Probation
☐ Supervision
☐ Conditional Discharge

☐ AMP
☒ Arrest
☐ BFW

## ARREST WARRANT

THE PEOPLE OF THE STATE OF ILLINOIS TO ALL PEACE OFFICERS IN THE STATE - GREETING:

We command you to arrest Defendant Eric _____ _____ Secundino
(First) (M.I.) (Last)

for the offense(s) of First Degree Murder
(Description)

720 ILCS 5 / 9-1-A-1
(Statutory Citation)

stated in a charge(s) now pending before this court and that you bring him/her instanter before The Circuit Court of Cook County at 2650 N. California Chicago Illinois Cook County (Location) Rm. 101 (Room) Branch 66 ~~0900hrs~~ 1200 (Call or Time)

or, if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

**GEOGRAPHIC LIMITATIONS**

Unless otherwise indicated below the geographic limitations are those as specified in 725 ILCS 5/107-9(e).

(Geographic Limitations)

Prosecutor

Judge _____ No. _____

Issued in Cook County Jan 7 2008

Bail Fixed at $ No Bail

Judge John P. Kirby 1744

WITNESS: DOROTHY BROWN, CLERK OF THE COURT and the Seal thereof: Jan 7 2008

Dorothy Brown
Clerk of The Circuit Court by _____ Deputy Clerk

Name Eric _____ Secundino Alias Mexico

Resid: _____ Illinois 60639
State Zip

Arresting Officer Det V. Kubica Star No. 21066 Agency/Unit CPD/ unit 650 Officer's Key _____

Reviewed By ASA BJ Park Audited By _____
Prosecutor Clerk

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

09CR789
Magistrate Nolan
Filed 9/25/09

Opt-Out: +